UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Humberto Tinoco
        Plaintiff,

v.                 Case No.: 1:14−cv−03079
                Honorable Young B. Kim

Acar Durdagi
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

  MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone. Neither side is offering any expert opinions. All discovery is now closed. Defendants reported that they plan to move for summary judgment. Defendants have until July 24, 2015, to file their motion for summary judgment. Plaintiff has until August 24, 2015, to file a response and Defendants then have until September 7, 2015, to file a reply thereto. The court will rule on the motion electronically. If Defendants fail to timely file their motion for summary judgment, the court will issue a follow−up order setting the matter down for trial. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.