IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TINOCO**,

          Plaintiff,

v.                         No. 14 CV 3079

**ACAR DURDAGI**,           Magistrate Judge Kim

          Defendant.

NOTICE OF MOTION

On **Tuesday, August 18, 2015, at 11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before The Honorable Young B. Kim in Courtroom 1019 at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion(s): **Motion to Set Trial**.

                        /s/Paul Luka
                        One of Plaintiff's Attorneys

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 13, 2015, he served a copy of the attached notice and indicated document/s by causing them to be issued through the Court's Electronic Case Filing System in accordance with FRCP 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

                        /s/Paul Luka
                        One of the Plaintiff's Attorneys

Paul Luka
Law Office of Paul Luka, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
(312) 971-7309
paul@lukapc.com