UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Humberto Tinoco
                Plaintiff,
v.                                         Case No.: 1:14−cv−03079
                                              Honorable Young B. Kim
Acar Durdagi
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2015:

        MINUTE entry before the Honorable Young B. Kim: Final pretrial conference held. Defendant reported that it would also rely on the exhibits listed on Plaintiff's list of exhibits. Given this representation, the exhibits will be referred to as Joint Exhibits during trial and based on the parties' stipulation to the admission of these exhibits as evidence, they are admitted as evidence. Defendant will be limited to calling Acar Durdagi as its only witness during its case−in−chief. Defendant is barred from offering any exhibits at trial but may refer to and rely on the Joint Exhibits. If Plaintiff calls Durdagi as a witness during his case−in−chief, Defendant may examine him as if he was being called in its case−in−chief. Trial scheduled for November 18, 2015, at 9:30 a.m. to stand. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.